1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   DONAVON HENDERSON,                    Case No.  3:15-cv-03028-JD

            Plaintiff,
8
                                          **ORDER VACATING HEARING ON
9        v.                               MOTION TO DISMISS**

10  SELECT PORTFOLIO SERVICES, INC., et    Re: Dkt. No. 17
    al.,
11
            Defendants.
12

13          Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant Bank of America's

14  Motion to Dismiss, which has been noticed for hearing on December 2, 2015, is appropriate for

15  decision without oral argument. Accordingly, the hearing date is hereby vacated. The motion will

16  be taken under submission and decided on the papers.

17          **IT IS SO ORDERED.**

18  Dated: November 17, 2015

19

20                                        _____

21                                        JAMES DONATO
                                          United States District Judge
22

23

24

25

26

27

28

United States District Court
Northern District of California