UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONAVON HENDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SELECT PORTFOLIO SERVICES, INC., et al.,<br><br>　　　　　Defendants. | Case No.   3:15-cv-03028-JD<br><br>**AMENDED ORDER**<br><br>Re: Dkt. No. 26 |

　　　　This order amends and replaces the Court's prior order issued on April 12, 2016.  Dkt. No. 26.

　　　　The Court denies plaintiff's motion to vacate.  Dkt. No. 25.  The Court's dismissal order entered on March 17, 2016 remains in full force and effect.  Dkt. No. 24.  However, in light of plaintiff's representation about a potential loan modification agreement, the Court extends the deadline to amend the complaint to April 25, 2016.  If plaintiff fails to file an amended complaint by April 25, 2016, the dismissal will be with prejudice, unless parties jointly certify to the Court before April 25, 2016, in a letter or stipulation that they are likely to agree on a loan modification.

　　　　**IT IS SO ORDERED.**

Dated: April 13, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge