UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONAVON HENDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICES, INC., et al.,<br><br>        Defendants. | Case No. 3:15-cv-03028-JD<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On March 17, 2016, the Court granted defendants' motions to dismiss with leave to amend. Dkt. No. 24. The Court gave plaintiff twenty-one days to file an amended complaint, and subsequently extended the deadline to April 25, 2016, after which the dismissal was to become with prejudice. Dkt. No. 27. Plaintiff has failed to file an amended complaint by April 25, 2016, and therefore the Court dismisses this case for failure to prosecute under Federal Rule of Civil Procedure 41(b). The dismissal is with prejudice.

**IT IS SO ORDERED.**

Dated: April 29, 2016

_____
JAMES DONATO
United States District Judge